the provision that the same be paid over to her individually, and, as so modified, affirmed, with costs to her payable out of the corpus of the estate.

In re WHITTEN. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) In the matter of the application of Robert C. Whitten for a writ of certiorari to William J. Gaynor, Mayor of the City of New York, and James G. Wallace, Jr., Chief of the Bureau of Licenses of the City of New York. No opinion. Motion for writ of certiorari denied, without costs, and proceeding dismissed, without prejudice to any action or proceeding which the relator may commence in the Supreme Court, Special or Trial Term, and stay vacated.

WIETHAN, Respondent, v. NEW PALTZ, H. & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Franklin A. Wiethan against the New Paltz, Highland & Poughkeepsie Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) In the matter of the judicial settlement of the accounts of Alice D. Williams and another, as executors of William Williams, deceased. No opinion. Motion granted, permitting the appellant, Eliza T. Williams, to file undertaking to perfect her appeal. See, also, 118 N. Y. Supp. 562.

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of Jennie Perkins Williams, an alleged incompetent person. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1151.

WILLIAMS, Appellant, v. ASHNER, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Bennett Williams against Ida Ashner. No opinion. Motion to compel acceptance of notice of appeal granted, with $10 costs. Motion to compel acceptance of proposed case on appeal granted, without costs.

WILLIAMS, Respondent, v. CONOVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Daniel Williams against George L. Conover and another.
PER CURIAM. Judgment of County Court (130 N. Y. Supp. 118) and judgment of Justice's Court reversed, with costs in all courts to appellants. Held, that the complaint states a cause of action in trover, and not on contract.
SPRING, J., dissents.

WILLIAMS v. JAMES, Mayor, et al. (Supreme Court, Appellate Division, Fourth Department, October, 1911.) Action by Henry K. Williams, a taxpayer of the city of Dunkirk, N. Y., against Harry James, as mayor of the city of Dunkirk, impleaded with Richard Heppell, as clerk of the city of Dunkirk, and others, and Joseph Stejakowski, as councilman, and others. (No. 1.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

WILLIAMS v. JAMES, Mayor, et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry K. Williams, a taxpayer of the city of Dunkirk, N. Y., against Harry James, as mayor of the city of Dunkirk, impleaded with Richard Heppell, as clerk of the city of Dunkirk, and others, and Joseph Stejakowski, as councilman, and others. (No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, supra.
McLENNAN, P. J., dissents.

WILLIAMS v. UNITED WIRELESS TELEGRAPH CO. (seven cases). (Supreme Court, Appellate Division, First Department. February 9, 1912.) Actions by Samuel P. Williams against the United Wireless Telegraph Company. No opinions. Motions granted, with $10 costs of one motion. Orders filed. See, also, 131 N. Y. Supp. 41.

WILLSON & ADAMS CO. v. MACK PAVING & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the Willson & Adams Company against the Mack Paving & Construction Company and others. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 297.

WILSON, Respondent, v. HANNA, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Frank B. Wilson against John Hanna. No opinion. Appeal dismissed by default, with costs. See, also, 131 N. Y. Supp. 1151.

WINCKLER et al., Respondents, v. WINCKLER, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Frederick Winckler and another against Louis Winckler, individually and as executor, etc. No opinion. Motion for stay dismissed, without costs. See, also, 133 N. Y. Supp. 768; infra.

WINCKLER et al., Respondents, v. WINCKLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Frederick Winckler and another, as executors, etc., against Louis Winckler, individually and as executor, etc. No opinion. Mo-